FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 MAR -1 PM 4:23
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| PAUL HENLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-081 |
| | ) | |
| SHERIFF JEFF HINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Although Plaintiff did not object to the Magistrate Judge's recommended dismissal of his civil rights case – which Plaintiff brought pursuant to 42 U.S.C. § 1983 – Plaintiff filed a "motion for bond" shortly after the R&R was entered. (Doc. no. 21.) In that motion, he restates his allegation from his amended complaint that he has been incarcerated without ever having been granted bond or a bond hearing. (Id.) Plaintiff now asserts that he "deserve[s] a bond" and requests that he be granted the same. (Id.)

However, the Magistrate Judge clearly explained in both his December 20, 2012 Order directing Plaintiff to amend his complaint, as well as his February 4, 2013 R&R, that a request for bond constitutes a challenge to confinement that is properly brought under 28 U.S.C. § 2241, and that such a request is not cognizable under § 1983. (See doc. no. 16, pp. 4-6; see also doc. no. 19, pp. 9-10.) Moreover, the Magistrate Judge specifically explained

to Plaintiff that, should he wish to bring a claim concerning the fact or duration of his confinement under § 2241, he must file a separate habeas petition. (Doc. no. 19, p. 9, n.4.) Therefore, Plaintiff's "motion for bond" is **DENIED**. (Doc. no. 21.)

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Thus, Plaintiff's amended complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action is **CLOSED**.

SO ORDERED this 1st day of March, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE